NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| WARREN SUMNER, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TOYS R US, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case Number:  SACV 8:09-25 (ANx)<br><br>**ORDER** |

## **ORDER**

The Court, having read and considered the Stipulation to Continue the Class Certification Hearing and Related Deadlines, and finding good cause, hereby ORDERS as follows:

1) The pre-certification class discovery cut-off date shall be continued from January 4, 2010 to March 4, 2010;

2) The filing deadline for Motion for class certification shall be continued from February 1, 2010 to March 22, 2010;

3) The motion for class certification hearing date shall be continued from February 22, 2010 to April 12, 2010, at 8:30 am;

4) The post-certification discovery cut-off date shall be continued from July 16, 2010 to August 16, 2010;

5) ~~The motion cut-off date shall be continued from September 14, 2010 to January 17, 2011;~~

6) ~~The Final Pretrial Conference shall be continued from November 9, 2010 to March 8, 2011; and~~

1) ~~The Jury Trial Date shall be continued from December 7, 2010 to April 5, 2011.~~

IT IS SO ORDERED.

Dated: December 2, 2009

*David O. Carter*

Hon. David O. Carter