1  JAMES KAWAHITO (SBN 234851)
   DAVID SHRAGA (SBN 229098)
2  KAWAHITO & SHRAGA LLP
   11845 W. Olympic Blvd. Suite 665
3  Los Angeles, California 90064
   Telephone: (310) 746-5300
4  Facsimile: (310) 593-2520

5  Attorneys for Plaintiff and Class Members

6

7                    UNITED STATES DISTRICT COURT

8       FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN
                              DIVISION
9

| | |
|---|---|
| 10  WARREN SUMNER, individually, and <br> 11  on behalf of other members of the <br> 12  general public similarly situated, <br> 13          Plaintiff, <br> 14  vs. <br> 15 <br> 16  TOYS R US, INC., a Delaware <br>     corporation, and DOES 1 through 10, <br> 17  inclusive, <br> 18          Defendants. | Case Number:  SACV089-25 DOC (ANx) <br><br> [Assigned to the Hon. Judge David O. Carter] <br><br> **NOTICE OF UNAVAILABILITY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the law firm of Kawahito & Shraga LLP, which is acting as counsel of record in the above-captioned matter, hereby files this Notice of Unavailability stating that the following members of the firm will be unavailable as follows:

David Shraga will be unavailable from February 10 through February 15, and February 25 through March 1, 2010.

James Kawahito will be unavailable from February 24 through March 1, 2010.

Shawn Westrick will be unavailable from February 25 through March 1, 2010.

Noelle Shanahan Cutts will be unavailable from February 24 through March 1, 2010.

Kawahito & Shraga LLP requests that no hearings, depositions, mediations, and other proceedings requiring counsel's attendance, be scheduled during that time period.

Dated: February 4, 2010

Respectfully Submitted,

By: _____
David R. Shraga
KAWAHITO & SHRAGA LLP
Attorneys for Plaintiff/Class Members