# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SA CV09-0025-DOC(ANx)                                    Date  February 7, 2011

Title  WARREN SUMNER -V- TOYS R US, INC.

| Present: The Honorable | David O. Carter, U.S. District Judge | |
|---|---|---|
| Kathy Peterson | Debbie Gale | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Shawn Westrick | | Scott Lacunza |

Proceedings:  PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT [40]

    The matter is called.  Counsel state their appearances and hearing is held.  The Court DENIES the above-referenced motion.  The parties shall be present for a mandatory settlement conference with a mediator of their choice on February 16, 2011 at 8:00 a.m. in this courthouse.  In the event this matter is not settled, a scheduling conference will be conducted in order to set dates.

                                                                                            :  04

                                                    Initials of Preparer   kp