James K. Kawahito (SBN 234851)
Shawn C. Westrick (SBN 235313)
KAWAHITO SHRAGA & WESTRICK LLP
1990 S. Bundy Dr., Ste. 280
Los Angeles, California 90025
Tel: (310) 746-5300
Fax: (310) 593-2520
jkawahito@kswlawyers.com
swestrick@kswlawyers.com

Attorneys for Plaintiff and Class Members

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| WARREN SUMNER, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>TOYS R US, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case Number: SACV 8:09-000025-DOC (ANx)<br><br>[Assigned to the Hon. Judge David O. Carter]<br><br>**ORDER GRANTING MOTION FOR FINAL APPROVAL OF A CLASS ACTION SETTLEMENT**<br><br>Date:   August 29, 2011<br>Time:   8:30 a.m.<br>Place:  Courtroom 9D |

# ORDER

On August 29, 2011, this Court heard Plaintiff's Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Costs and Class Representative Enhancement Payment. Kawahito Shraga & Westrick LLP appeared as Class Counsel on behalf of Plaintiff and the prospective Class Members. Jackson Lewis LLP appeared on behalf of Defendant.

**IT IS HEREBY ORDERED THAT:**

1. The proposed class of all persons who work or worked for Defendant in the State of California and were classified by Defendant as exempt Store Managers from December 5, 2004 through April 11, 2011;

2. The class action settlement set forth in the Amended Joint Stipulation of Class Action Settlement ("Settlement Agreement"), entered into among the parties and their counsel, is finally approved as it appears to be proper, to fall within the range of reasonableness, to be the product of arms'-length and informed negotiations, to treat all Class Members fairly, and to be valid;

3. The Court previously approved the form and content of the Notice of Pendency of Class Action and Settlement and Claim Form to Class Members (collectively, "Class Notice"). The mailing of the Class Notice was consistent with this Court's previous Order;

4. The Court grants final approval of attorneys' fees of $192,000;

5. The Court grants final approval of costs and expenses to Class Counsel of $20,096.72;

6. The Court grants final approval of a service payment of $12,500, payable to Class Representative Warren Sumner;

7. The Court grants final approval of $20,000 to be paid to the State of California pursuant to California Labor Code § 2698, et seq.;

8. The Court grants final approval of $10,000 to be paid to the Claims Administrator;

9. The Court directs the Claims Administrator to pay the valid claims made by Class Members; and

10. The Court directs any residual funds to be distributed to charity as outlined in the Settlement Agreement;

Dated: August 30, 2011   _____
                                            Hon. David O. Carter
                                            United States District Judge